Michael J. Miller, VA Bar No. 19171
J. Christopher Ide, VA Bar No. 19307
MILLER AND ASSOCIATES
105 North Alfred Street,
Alexandria, Virginia 22314
Telephone: (703) 519-8080
Facsimile: (703) 519-8084

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| SHARON HAUG, | **MDL NO. 1699** |
| Plaintiff, | **District Judge: Charles R. Breyer** |
| v. | **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF SHARON HAUG** |
| PFIZER INC., PHARMACIA CORPORATION, and G.D. SEARLE, LLC, | Case No. 06-CV-2378-CRB |
| Defendants. | |

    Come now the Plaintiff and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of Plaintiff, Sharon Haug from this action without prejudice with each side bearing its own attorney's fees and costs.

    Should Plaintiff or a representative of Plaintiff's attempt to re-file claim against Defendant's, they should do so only by re-filing in the United States District Court.

COMPLAINT

| | |
|---|---|
| Dated: 12/14/06 | Respectfully submitted,<br><br>MILLER & ASSOCIATES<br><br>By: *J. Christopher Ide*<br>J. CHRISTOPHER IDE<br><br>Michael J. Miller, VA Bar No. 19171<br>J. Christopher Ide, VA Bar No. 19307<br>MILLER AND ASSOCIATES<br>105 North Alfred Street,<br>Alexandria, Virginia 22314<br>Telephone: (703) 519-8080<br>Facsimile: (703) 519-8084<br><br>Attorneys for Plaintiff |
| Dated: 12-18-06 | Respectfully submitted,<br><br>GORDON & REES<br><br>By: *Stuart M. Gordon*<br>STUART M. GORDON<br><br>CA Bar No. 37477<br>GORDON & REESE<br>275 Battery Street, Ste. 2000<br>San Francisco, CA 94111<br>Telephone: (415) 986-5900<br>Facsimile: (415) 262-3801<br><br>Attorneys for Defendants |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED**

Dated: Dec. 19, 2006

_____
Hon. Charles R. Breyer
United States District [Judge]

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

- - 2 - -

COMPLAINT